IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA HOLMES | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| BLUESTEM BRANDS, INC.<br>dba Fingerhut | : | NO. 17-267 |

ORDER

**AND NOW, TO WIT:** 1ST day of December, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Kate Barkman, Clerk of Court

BY: _Marie O'Donnell_
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON    TO:    COPIES VIA U.S. MAIL ON    TO:



CRAIG THOR KIMMEL
ROBERT M. SILVERMAN

# KIMMEL & SILVERMAN
P.C.

AMY L. BENNECOFF GINSBURG
W. CHRISTOPHER COMPONOVO
CHAD P. DOMAN
RYAN FITZGERALD
JASON L. GRESHES
-SHANNON R. HARKINS
JACQUELINE C. HERRITT
JOSEPH C. HOEFFEL
RACHEL M. MALL
ROBERT A. RAPKIN
RACHEL R. STEVENS
ANGELA K. TROCCOLI

*Member, PA Bar*
*Member, NJ Bar*
*Member, DE Bar*
*Member, NY Bar*
*Member, MA Bar*
*Member, MD Bar*
*Member, OH Bar*
*Member, MI Bar*
*Member, NH Bar*
*Member, CT Bar*
*Member, TN Bar*
*Member, WY Bar*
*Member, DC Bar*
*Member, CA Bar*
*Member, WI Bar*
*Member, WV Bar*
*Member, FL Bar*
*Member, IL Bar*

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219, (412) 566-1001

Please reply to CORPORATE HEADQUARTERS

December 1, 2017

<u>Via ECF</u>
Honorable Anita B. Brody

    Re:    HOLMES v. BLUESTEM BRANDS, INC.
            2:17-cv-00267-AB

To Whom It May Concern:

    Please find this letter as notice that the parties have amicably resolved this matter. Kindly accept this letter as a formal request for this Honorable Court to enter an order, pursuant to Local Rule 41.1(b).

                           Respectfully submitted,

                           */s/ Amy L. B. Ginsburg*
                           Amy L. B. Ginsburg, Esq.
                           Kimmel & Silverman, P.C.
                           Attorney for Plaintiff,
                           Maria Holmes

Cc: Attorney on Record (via ECF)
Laura A. Lange, Esq.
McGuire Woods
625 Liberty Avenue, # 23RD Floor
Pittsburgh PA 15222 3142
llange@mcguirewoods.com